JOHN H. KINGSTON, Appellant and Respondent, *v.* M. S. CONSTRUCTION CORPORATION et al., Respondents and Appellants, Impleaded with Others.

(Argued October 3, 1928; decided October 23, 1928.)

*Vincent E. Ferretti* and *Vitale H. Paganelli* for plainti appellant and respondent.

*Ulysses S. Adler* for defendants, respondents a appellants.

no opinion,

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.